```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

ELIZABETH H. WALES,                )
    Plaintiff,                     )
                                   )
    v.                             ) C.A. No. 11-10664-MLW
                                   )
INDYMAC MORTGAGE SERVICES,         )
A DIVISION OF ONEWEST BANK, FSB,   )
    Defendant.                     )

ORDER

WOLF, D.J.                                                May 9, 2011

As agreed by the parties at the May 9, 2011 hearing, it is hereby ORDERED that:

1. The April 29, 2011 Temporary Restraining Order prohibiting the foreclosure of plaintiff Elizabeth Wales' home, 26 Battery Street, Unit 1, Boston, Massachusetts, shall continue in effect unless and until otherwise ordered.[1]

2. Defendant IndyMac Mortgage Services ("IndyMac") shall consider Wales for a loan modification under the Home Affordable Mortgage Program ("HAMP").

3. The parties shall at the conclusion of the HAMP process report whether this case has been settled and, if not, propose a schedule for amending the complaint to state an M.G.L. ch. 93A claim and updating the submissions concerning plaintiff's motion for a preliminary injunction.

---

[1] The court has been informed that: despite the April 29, 2011 Temporary Restraining Order, the foreclosure sale was mistakenly conducted on May 2, 2011; IndyMac purchased the property itself; and IndyMac is treating the foreclosure sale as null and void.

4. This case is otherwise STAYED.

                                                                        /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE